**Order filed June 30, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00860-CV
_____

**DEBRA V. JENNINGS, ESQ. AND DEBRA V. JENNINGS, P.L.L.C.,**
**Appellants**

**V.**

**AMERICAN ASSET FINANCE, L.L.C., Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1030758-401**

# O R D E R

This is an accelerated appeal from an interlocutory order appointing a receiver signed September 17, 2014. The notice of appeal was due October 7, 2014. *See* Tex. R. App. P. 26.1(b); Tex. R. App. P. 28.1(b); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(1) (West 2015). Appellants, however, filed their notice of appeal on October 16, 2014, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the

perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before **July 10, 2015**. *See* Tex. R. App. P. 26.3; Tex. R. App. P. 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

Pending motions will be ruled on after the jurisdictional determination is made. The parties should not file briefs on the merits until the court rules on the appellants' motion to file an amended brief.

PER CURIAM